IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR244-2 |
| | ) | |
| v. | ) | |
| | ) | |
| EDDIE JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons expressed in my order filed on May 12, 2010 (filing no. 191),

IT IS ORDERED that the motion to reduce sentence under the 2011 Crack Cocaine Guideline Amendment (filing no. 192) is denied.

DATED this 23rd day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge